UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - -

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

IVAN OMAR LOPEZ-FLORES,

      Defendant.
_____/   **INDICTMENT**

The Grand Jury charges:

### COUNT 1
(Alien Felon Reentry)

On or about March 13, 2024, in Kent County, in the Western District of Michigan, Southern Division,

IVAN OMAR LOPEZ-FLORES,

being an alien who had previously been removed after having been convicted of a felony offense, was found in the United States without having obtained the express prior consent of the Attorney General or the Secretary of Homeland Security to return or reapply for admission.

8 U.S.C. § 1326(a)
8 U.S.C. § 1326(b)(1)

## COUNT 2
(Resisting and Impeding Federal Officers)

On or about March 13, 2024, in Kent County, in the Western District of Michigan, Southern Division,

IVAN OMAR LOPEZ-FLORES

forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with one or more United States Department of Homeland Security deportation officers while engaged in the performance of official duties, and such acts involved physical contact with said officers.

18 U.S.C. § 111(a)(1)

A TRUE BILL

[ /s/ Redacted ]
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
DONALD DANIELS
Assistant United States Attorney